IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ORALIA DIAZ, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:14-cv-02116 |
| MALAK ENTERPRISES, INC., d/b/a § | |
| KING OF CARS, § | |
| Defendant. § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ORALIA DIAZ, and Defendant, MALAK ENTERPRISES, INC., d/b/a KING OF CARS, file this Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. All parties have agreed to this Stipulation of Dismissal of this case, with prejudice.

2. This case is not a class action.

3. A receiver has not been appointed in this action.

4. This Stipulation of Dismissal is with prejudice to the re-filing of same as against MALAK ENTERPRISES, INC., d/b/a KING OF CARS.

5. Each party shall bear their own costs, including attorney's fees, with respect to all dismissed Defendants and claims against them.

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE WILLIAMS & AUGHTRY**

By: /s/ *Charles T. Jeremiah*
    Charles T. Jeremiah (Attorney-in-Charge)
    State Bar No: 00784338
    S.D. Tex. No. 15222
    charles.jeremiah@chamberlainlaw.com
    Justin E. VandenBout
    State Bar No. 24060765
    S.D. Tex. No. 912644
    justin.vandenbout@chamberlainlaw.com

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 654-9630
(713) 658-2553 (Fax)

ATTORNEYS FOR DEFENDANT


By: /s/ *Amin Alehashem\**
    Amin Alehashem (Attorney-in-Charge)
    Federal Bar No. 1134538
    State Bar No. 24073832
    amin@texascivilrightsproject.org

        \*By Permission

OF COUNSEL:

TEXAS CIVIL RIGHTS PROJECT
2006 Wheeler Avenue
Houston, TX 77004
832.767.3650 (phone)
832.554.9981 (fax)

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I certify that on April 6, 2015 this document was properly served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

    Amin Alehashem
    Joseph P. Berra
    James C. Harrington
    Texas Civil Rights Project
    2006 Wheeler Avenue
    Houston, Texas 77004

                                                  /s/ *Charles T. Jeremiah*
                                                Charles T. Jeremiah

1787593.1
140953. 000000