IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ORALIA DIAZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2116 |
| | § | |
| DEALER TRACK, INC., *et al.*, | § | |
| Defendants. | § | |

## DISMISSAL ORDER

Pursuant to the parties' Agreed Stipulation of Dismissal with Prejudice [Doc. # 16], it is hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

SIGNED at Houston, Texas, this **6th** day of **April, 2015**.

_____
Nancy F. Atlas
United States District Judge